**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00542-REB-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  JOSE TORRES-URRUTIA,

    Defendants.

---

**MINUTE ORDER**[1]

---

The court expects that the trial in 09-cv-02977-REB-KLM to require Thursday, July 7, 2011.  Thus, the setting in this case must be vacated and rescheduled.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the change of plea hearing set for July 7, 2011, is **VACATED** and is **CONTINUED** pending further order of court;

2.  That **July 7, 2011**, commencing at 9:00 a.m., the court shall conduct a telephonic setting conference to reset the change of plea hearing in this matter; and

4.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated:  June 30, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.