**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00542-REB-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  JOSE TORRES-URRUTIA,

    Defendant.

---

**AMENDED
MINUTE ORDER**[1]

---

    On July 7, 2011, the court issued a **Minute Order** [#387] setting a change of plea for defendant Eulises Alvarado-Carrillo.  However, the setting should have been for defendant Jose Torres-Urrutia.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the court's **Minute Order** [#387] entered July 7, 2011, is **AMENDED** to reflect that on **August 9,  2011**, commencing at 11:00 a.m., the court shall conduct the change of plea hearing in for defendant Jose Torres-Urrutia; and

    2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  July 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.